UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

C.A. NO

Jonathan Lee Riches©,
Plaintiff

4:07-4136-MBS-WMC

V.

AYAAN HIRSI ALI,
Defendant

Complaint

42 USC 1983.. I can't practice religion because of defendant. I'm Jewish, FCI Williamsburg will not let me huddle with a Rabbi, Defendant is subjecting me to Somalis that are Atheist. Defendant placed me in solitary confinement, broke my torah. I have civil Rights violated, I can't call any Jewish friends on my Phone list, I seek $3.5 million, I have a right to religion that is being denied.

Jonathan Lee Riches©
#40948-018 FCI Williamsburg
P.O. Box 340 Salters S.C. 29590
843-387-9400

Respectfully
Submitted
Jonathan Lee Riches©